NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

YI WANG,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-05668-JFW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation and the record in this matter. The Court accepts the Report and Recommendation except as to the recommended remedy of immediate release.

The Court concludes that the appropriate remedy is to provide Petitioner with a new, constitutionally adequate bond hearing. Although the errors identified in the Report and Recommendation warrant habeas relief, the Court concludes that immediate release is not necessary. A new bond hearing will afford Petitioner the process to which she is entitled while preserving the

authority of the immigration court to make the initial custody determination under the applicable legal standards.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is ACCEPTED, except as to its recommendation that Petitioner be immediately released;
2. The Petition filed September 25, 2026 (Docket No. 1) is GRANTED;
3. Respondents shall provide Petitioner with a new, individualized bond hearing before an Immigration Judge within seven (7) calendar days of this Order. The hearing shall be conducted in accordance with the applicable legal standards and shall address the errors identified in the Report and Recommendation;
4. Respondents shall file a notice confirming that the bond hearing has occurred within two (2) calendar days thereafter;
5. Judgment shall be entered consistent with this Order; and
6. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: November 5, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE